No. 549. HANNAH ET AL. *v.* LARCHE ET AL. Appeal from the United States District Court for the Western District of Louisiana; and

No. 550. HANNAH ET AL. *v.* SLAWSON ET AL. On petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit. Upon consideration of the motion to advance filed by the Solicitor General wherein he states that his brief on the merits will be filed on or before December 15, 1959, the Court directs that on or before Wednesday, January 13, 1960, the appellees shall file any motion or motions responsive to the statement as to jurisdiction and on the merits of the case, the respondents shall file any brief relating to the granting or denying of the petition for writ of certiorari and on the merits of the case, and the cases are set for oral argument on Monday, January 18, 1960, on the petition for writ of certiorari, the jurisdiction on appeal, and on the merits of the cases. *Solicitor General Rankin, Acting Assistant Attorney General Ryan* and *Harold H. Greene* for appellants in No. 549 and petitioners in No. 550. *David Rubin* also for appellants in No. 549. Reported below: No. 549, 177 F. Supp. 816.